UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| GAIL STRINGER, et al., | : | CASE NO. 4:21-cv-00632 |
| | : | |
| Plaintiffs, | : | ORDER |
| | : | |
| v. | : | |
| | : | |
| DAWN RICHARD, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiffs Gail Stringer, Debra Jordan, Venice Andrews, and Eddie Howard sue Defendants Dawn Richard and Derek Bergheimer for copyright infringement, violation of publicity, and invasion of privacy.[1]

The dispositive motion deadline in this case was originally set for May 9, 2022.[2] On that date, the parties jointly filed a motion to extend the deadline.[3] This Court extended the dispositive motion deadline until June 20, 2022.

Plaintiffs now move for a second dispositive motion deadline extension.[4] Plaintiffs say they have had difficulty obtaining discovery from Defendant Richard and difficulty scheduling depositions.

This Court **ORDERS** Defendants to respond to Plaintiffs' extension request within seven days.

IT IS SO ORDERED.

---

[1] Doc. 1.
[2] Doc. 22.
[3] Doc. 35.
[4] Doc. 42. Plaintiffs request an additional 60 day extension, making the deadline August 19, 2022.

Case No. 4:21-cv-00632
GWIN, J.

Dated: June 27, 2022 　　　　　　　　　　　　　*s/　　James S. Gwin*
　　　　　　　　　　　　　　　　　　　　　　　JAMES S. GWIN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE