UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| GAIL STRINGER, et al., | : | CASE NO. 4:21-cv-00632 |
| | : | |
| Plaintiffs, | : | OPINION & ORDER |
| | : | [Resolving Docs. 58] |
| v. | : | |
| | : | |
| DAWN RICHARD, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiffs Gail Stringer, Debra Jordan, Venice Andrews, and Eddie Howard sue Defendants Dawn Richard and Derek Bergheimer for copyright infringement, violation of publicity, and invasion of privacy.[1]

On August 19, 2022, the Court granted Defendant Dawn Richard's summary judgment motion.[2]

Plaintiffs now move for reconsideration of the Court's grant of summary judgment.[3]

Under Federal Rule of Civil Procedure 59(e), a court may grant a motion to amend or alter its judgment if there is: (1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) manifest injustice.[4] A reconsideration motion, however, is not an opportunity to re-litigate previously decided matters or present the case under new theories.[5] Such a reconsideration motion is extraordinary and rarely granted.[6]

---

[1] Doc. 1.
[2] Doc. 55.
[3] Doc. 58.
[4] *Gencorp, Inc. v. Am. Int'l Underwriters*, 178 F.3d 804, 834 (6th Cir. 1999).
[5] See *Sault Ste. Marie Tribe of Chippewa Indians v. Engler*, 146 F.3d 367, 374 (6th Cir. 1998).
[6] *Plaskon Elec. Materials, Inc. v. Allied–Signal, Inc.*, 904 F. Supp. 644, 669 (N.D. Ohio 1995).

Case No. 4:21-cv-00632
GWIN, J.

In their reconsideration motion, Plaintiffs argue that newly discovered evidence shows intentional copyright infringement.[7] However, the evidence Plaintiffs presented in their reconsideration motion does not affect the Court's original conclusions that (1) Plaintiffs did not hold a sound recording copyright for the arguably copied song, "Abundance of Rain," and that (2) the composition at issue is not original because Plaintiffs did not independently create the arguably-copied phrasing. As a result, Plaintiffs' sound recording and composition copyright claims still fail.

For the foregoing reasons, the Court **DENIES** Plaintiffs' motion for reconsideration.

IT IS SO ORDERED.

Dated: September 19, 2022            *s/    James S. Gwin*
                                                                   JAMES S. GWIN
                                                                   UNITED STATES DISTRICT JUDGE

---

[7] Doc. 58.